IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE J. SIMON, in her capacity as Trustee of the Julius M. Simon Revocable Trust, Plaintiff, | : : : : | CIVIL ACTION |
| v. | : : | NO. 11-5412 |
| ELLIS BLOCK, LISA J. BLOCK and JONATHAN L. SIMON, Defendants. | : : : : | |

### ORDER

**AND NOW**, this 22nd day of September, 2014, upon consideration of the Plaintiff's Motion to Enforce Settlement (Dkt. No. 39) filed July 3, 2013, the Response in Opposition by Defendant Jonathan L. Simon ("Defendant Simon") (Dkt. No. 42) filed on July 26, 2013, the Plaintiff's Reply Brief (Dkt. No. 45) filed on August 20, 2014;

and upon consideration of Plaintiff's Motion for Contempt and Assessment of Sanctions (Dkt. No. 67) filed on May 9, 2014, the Plaintiff's Supplemental Memorandum of Law in Support of the Motion for Contempt (Dkt. No. 70) filed on May 29, 2014, the Response in Opposition by Defendant Simon (Dkt. No. 72) filed on June 10, 2014, Plaintiff's Reply Memorandum (Dkt. No. 77) filed on July 14, 2014, and following a hearing held on July 18, 2014 (Dkt. No. 78), and for the reasons set forth in the foregoing Memorandum,

**IT IS ORDERED** that the Plaintiff's motion to enforce settlement and motion for attorney fees and costs (Dkt. No. 39) is **DENIED** as moot.

**IT IS ORDERED** that Defendant Simon's motion for attorney fees and costs contained in his response to the motion to enforce settlement is **DENIED**.

**IT IS ORDERED** that Plaintiff's Motion for Contempt and Assessment of Sanctions and Interest (Dkt. No. 67) is **DENIED**.

**IT IS ORDERED** that Defendant Simon shall deliver to Plaintiff's counsel's office no later than 5:00 p.m. on Monday, September 29, 2014, the $215,000 Fulton Bank cashier's check which he previously tendered to Plaintiff.[1]

BY THE COURT:

/s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge

---

[1] The manner of delivery may be by mail, overnight delivery or personal delivery.